ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES CORPORATION, Appellant.
ARCHIBALD BROWN, Respondent, *v.* HUGO STINNES INDUSTRIES, INC., Appellant.

Submitted January 5, 1954; decided February 25, 1954.

*Paul W. Williams* for motion.

*Herbert Plaut* opposed.

Motion denied.